Kashif Kabani
Zayaan Holding Real Estate LLC
2715 Old Max Court
Pearland, Texas 77581

United States Courts
Southern District of Texas
**FILED**

MAR 1 2 2025

Nathan Ochsner, Clerk of Court

February 11, 2025

Hon. Richard W. Bennett　　　　　　　　　　　　　　　　　　By Hand Delivery
United States Magistrate Judge
515 Rusk Street
Houston, Texas 77002

Re: Case No. 4:25-21-00123; United States v. Michael Seery

Honorable Judge Bennett:

I am writing this letter to you related to Michael Seery ("Michael") and his hearing before you scheduled for 10:00 a.m. March 12, 2025, related to charges brought against him by the Government. I request your leniency toward Michael based on my knowledge of Micheal and the following points.

Micheal operates a successful construction company, Capital Construction Management, and has constructed a number of projects for me and my various companies in the past five to seven years. Through this association, I have known Michael professionally and personally. Michael is currently constructing two projects for my company.

I personally know Michael through interaction with him on numerous projects over the years. I can attest I consider him a trustworthy and dependable individual whom I have repeatedly relied on for company construction projects. His company employs, by my estimate, at least 20 to 40 or more, employees or subcontractors, at any given time.

My reliance on Michael is based on my regular interaction with him over the years, sometimes on a daily basis. In my opinion he is an upstanding individual. He is a family man with wife and three children. In my business of building convenience store and gas stations I have had experience with many contractors throughout my career. I have repeatedly retained Michael as he is someone on whom I can rely. In short, I trust him, which is not what I can say about other contractors I have dealt with in the past. I consider Michael a "good guy."

Based on my knowledge and opinion of Michael, I urge you to take in to account he is a caring family man and industrious worker. In my opinion he is not violent. I urge you to consider the foregoing points when you consider whether to release Michael on bail.

Hon. Richard Bennett
Page 2 of 2

      Neither Michael nor any attorney he may have retained requested I write this on his behalf. I have written this letter as he is currently building two projects for my company, and more importantly, because this is my opinion of Michael that you as Judge should be aware of. Thank you for considering this correspondence.

                                              Respectfully,

                                              Kashif Kabani
                                              Zayaan Holding Real Estate LLC
                                              2715 Old Max Court
                                              Pearland, Texas 77581
                                              Tel: 713-478-2193